```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

**The Travelers Indemnity Company**

           Plaintiff(s),

           -against-

**Gary Hart**

           Defendant(s).
------------------------------------------------------x

1:09-cv-05132-RPP

ORDER

**ROBERT P. PATTERSON, JR., U.S.D.J.**

The case management conference originally scheduled for Friday, August 14, 2009 at 9:00 am is hereby adjourned to Friday, August 21, 2009 at 9:00 am.

IT IS SO ORDERED.

Dated: New York, New York
       August 7, 2009

                                            Robert P. Patterson, Jr.
                                            U.S.D.J.

Copy of this Order sent to:

Attorney for the Plaintiff

**Adam R. Schwartz**
McElroy, Deutsch, Mulvaney & Carpenter, LLP(NJ)
Three Gateway Center - 100 Mulberry Street
Newark , NJ 07102
(973)-425-8837
Fax: (973)-425-0161
Email: aschwartz@mdmc-law.com

**Scott Aaron Levin**
McElroy, Deutsch, Mulvaney & Carpenter, LLP (NY)
Wall Street Plaza, 88 Pine Street, 24th Floor
New York , NY 10005
(212)-483-9490
Fax: (212)-483-9129
Email: slevin@mdmc-law.com

-----------------------------------------

Attorney for the Defendant

**Constantine Tryfon Tzifas**
Arthur J. Semetis, P.C.
21 East 40th Street, 14th Floor
New York , NY 10016
(212)-557-3000
Fax: (212)-557-5051
Email: ctzifas@semetislaw.com

2